# Priority+ Legal Services, Inc.

1777 Reisterstown Road, Suite 22-406, Pikesville, MD 21208
(443) 277-6180

## Affidavit - Return of Private Process

**U. S. District Court District of Maryland**

**Case #** BPG-21-3306

**Case** Trustees of the Heating, Piping and Refrigeration Pension Fund, et al.

vs.

Primary Integration Mechanical Services LLC

The undersigned certifies to be a competent person over 18 years old and is not a party to the aforesaid action.

That on 2/4/2022 at 1:55:00 PM at 201 International Cir, Suite 230 Hunt Valley, MD 21030

H. Robert. Showers, R.A. was served with:
Accepted by: Nicole Brown, Authorized Rep.

- ☑ Writ of Summons
- ☑ Complaint
- ☐ Injunction
- ☐ Interrogatories
- ☐ Subpoena
- ☐ Notice to Take Deposition
- ☐ Order to Appear for Oral Exam
- ☑ Supporting Documents
- ☐ Confessed Judgement
- ☐ Show Cause Order
- ☐ Replevin
- ☐ Writ of Garnishment on Property
- ☐ Writ of Garnishment on Wages
- ☐ Civil Non-Domestic Case Information Report
- ☐ Civil Domestic Case Information Report
- ☐ Request for Production of Documents

Other:

| | | | | | |
|---|---|---|---|---|---|
| Race: | Black | Height | 5'6" | Hair: Brown | Age: 35 |
| Sex | Female | Weight: | 200 | Other: | |

The undersigned further solemnly declares and affirms under the penalty of perjury that the matter and facts set forth herein are true and correct to the best of my knowledge, information and belief.

Date: 2/4/2022

Private Process Server  —  Ian Green
Filer info: 1777 Reisterstown Road, Suite 22-406,
Pikesville,, MD 21208 Email:priorityplus@aol.com
Phone: 443-277-6180