# SIMMS·SHOWERS LLP
INTERNATIONAL PRACTICE. PERSONAL COMMITMENT.

J. STEPHEN SIMMS
PRINCIPAL
JSSIMMS@SIMMSSHOWERS.COM
443.290.8704

February 23, 2022

**BY CM/ECF**

Hon. Beth P. Gesner
Chief Magistrate Judge
United States District Court for the
 District of Maryland
101 West Lombard Street
Chambers 7C
Baltimore, MD 21201

       **Re:**    **Trustees et al. v. Primary Integration Mechanical Services LLC,
               Civil Action No. 1:21-cv-03306-BPG**

Dear Judge Gesner:

    We represent defendant Primary Integration Mechanical Services LLC.

    Plaintiff Trustees have agreed to extend to and including Friday, 3/11 the time for Primary Integration Mechanical Services LLC to answer or respond to the Complaint.

    Primary Integration Mechanical Services LLC respectfully requests that the Court approve this extension.

                                                                       Respectfully,

                                                                       J. Stephen Simms

Copy by CM/ECF to Trustees' Counsel