# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TRUSTEES OF THE HEATING, PIPING AND REFRIGERATION PENSION FUND et al.<br><br>Plaintiffs,<br><br>v.<br><br>PRIMARY INTEGRATION MECHANICAL SERVICES LLC<br><br>Defendant. | Case No. 1:21-cv-03306-BPG |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs hereby file this Notice of Voluntary Dismissal of the instant action against the Defendant, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) for the reasons stated as follows:

1. This action was commenced on December 29, 2021 to compel the Defendant to obtain a bond required by the Collective Bargaining Agreement and pay delinquent contributions owed to Plaintiffs. (Docket No. 1).

2. The Parties have resolved the subject matter of the instant dispute.

3. The opposing party has served neither an answer nor a motion for summary judgment.

Dated: February 28, 2022

By:/s/ Andrew Kelser
(Signed by Jacob Szewczyk with permission)
Andrew Kelser (Bar No. 19138)
O'DONOGHUE & O'DONOGHUE LLP
5301 Wisconsin Ave., N.W., Eighth Floor
Washington, D.C. 20015
akelser@odonoghuelaw.com
Telephone No.: (202) 362-0041
Facsimile No.: (202) 362-2640

By: /s/ Jacob N. Szewczyk
Jacob N. Szewczyk (Bar No. 19916)
O'DONOGHUE & O'DONOGHUE LLP
5301 Wisconsin Ave., N.W., Eighth Floor
Washington, D.C. 20015
jszewczyk@odonoghuelaw.com
Telephone No.: (202) 362-0041
Facsimile No.: (202) 362-2640

By: /s/ Jacqueline Canzoneri
Jacqueline Canzoneri
District Court of Maryland (Bar No. 22080)
O'DONOGHUE & O'DONOGHUE LLP
5301 Wisconsin Ave, N.W., Eighth Floor
Washington, D.C. 20015
(202) 362-0041 — Telephone
(202) 362-2640 — Facsimile
jcanzoneri@odonoghuelaw.com

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TRUSTEES OF THE HEATING, PIPING AND REFRIGERATION PENSION FUND et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PRIMARY INTEGRATION MECHANICAL SERVICES LLC<br><br>Defendant. | Case No. 1:21-cv-03306-BPG |

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of February, 2022, a copy of foregoing was filed using the Court's CM/ECF service and served by first class United States mail, postage prepaid, to the following:

    J. Stephen Simms, P.C.
    c/o H. Robert Sho
    Registered Agent,
    201 International Circle, Suite 250
    Hunt Valley, Maryland 21030

                                                    By:    /s/ Jacqueline Canzoneri
                                                                 Jacqueline Canzoneri
                                                                 District Court of Maryland Bar No. 22080
                                                                 O'DONOGHUE & O'DONOGHUE LLP
                                                                 5301 Wisconsin Ave, N.W., Suite 800
                                                                 Washington, D.C.  20015
                                                                 (202) 362-0041 — Telephone
                                                                 (202) 362-2640 — Facsimile
                                                                jcanzoneri@odonoghuelaw.com

                                                                *Attorneys for Plaintiffs*