IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TRUSTEES OF THE HEATING,
PIPING AND REFRIGERATION
PENSION FUND, et al.

    Plaintiffs

v.

    Civil Case No. JKB-21-3306

PRIMARY INTEGRATION
MECHANICAL SERVICES, LLC

    Defendant

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

In light of the Notice of Voluntary Dismissal filed on February 28, 2022, (ECF No. 12), with the dismissal without prejudice accomplished by operation of law pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, the Court DIRECTS the Clerk to CLOSE the case.

SO ORDERED.

DATED this ___1___ day of March, 2022.

BY THE COURT:

_____
James K. Bredar
Chief Judge